FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

WILLIAM L. SHIPLEY #9066
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

ORIGINAL
SEALED
BY ORDER OF THE COURT
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 19 2012
at 12 o'clock and 20 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR12-00073 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. |
| Plaintiff, | ) INDICTMENT |
| vs. | ) Count 1: 18 U.S.C. § 922(g)(3) |
| | ) Count 2: 26 U.S.C. § 5861(d) |
| TERRENCE KIMOUTRELA CERIA, aka "Terrence Kimo Ceria", | ) |
| Defendant. | ) |

INDICTMENT

COUNT 1
(FELON IN POSSESSION OF A FIREARM)

The Grand Jury charges that:

On or about July 26, 2011, in the District of Hawaii, the defendant, TERRENCE KIMOUTRELA CERIA a.k.a. "Terrence Kimo Ceria", who is an unlawful user of and addicted to controlled substances, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Fabrique Nationale of

Belgium manufactured Browning Arms Company model Auto 5 Magnum 12 gauge shotgun, serial number 0V23294, and a Sturm, Ruger and Company, Inc., model All Weather 77/22, .22 Winchester Magnum caliber bolt action rifle, serial number 701-24650, said firearms having previously been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2
### (RECEIVING AND POSSESSING AN UNREGISTERED FIREARM)

The Grand Jury further charges that:

On or about January 29, 2011, in the District of Hawaii, the defendant, TERRENCE KIMOUTRELA CERIA, knowingly received and possessed a firearm, that is, a Winchester, model 1400 shotgun, serial number 199131, having a barrel of less than 18 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record.

//
//
//
//
//
//
//
//

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

DATED: January 19, 2012, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States v. Terrence Kimoutrela Ceria
INDICTMENT
Cr. No. _____

3