FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

WILLIAM L. SHIPLEY #9066
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 12-00073 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| TERRENCE KIMOUTRELA CERIA, | ) | Date: August 20, 2012 |
| aka "Terrence Kimo Ceria", | ) | Time: 3:45 p.m. |
| | ) | Judge: Susan Oki MOllway |
| Defendant. | ) | |
| | ) | |

### GOVERNMENT'S SENTENCING STATEMENT

The United States has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: June 8, 2012, at Honolulu, Hawaii.

                                        FLORENCE T. NAKAKUNI
                                      United States Attorney

                                           /s/ William L. Shipley
                                    By_____
                                         WILLIAM L. SHIPLEY
                                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

BARRY D. EDWARDS          Barrydedwards@gmail.com
Attorney for Defendant
TERRENCE KIMOUTRELA CERIA

Served by Hand-Delivery:

**U.S. PROBATION OFFICE**
Attn: ROY T. KAWAMOTO
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii 96850

DATED: June 8, 2012, at Honolulu, Hawaii.

/s/ Kari Cadelinia

U.S. Attorney's Office
District of Hawaii