# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 12-00073SOM |
| CASE NAME: | USA vs. Terrence Kimoutrela Ceria |
| ATTYS FOR PLA: | William Shiplely, Jr. |
| ATTYS FOR DEFT: | Barry Edwards |
| | Carter Lee (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 09/10/2012 | TIME: | 1:30 - 1:45 |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment;  Motion for Downward Departure Pursuant to U.S.S.G. Section 5K1.1 [33] -

Defendant Terrence Kimoutrela Ceria present.

Discussion held off the record.

1:40 p.m.  Court stated on the record that the PTS officer informed counsel that the defendant's drug field test tested positive today.  It will be sent to the laboratory for confirmation.

Mr. Edwards requests a continuance pending receipt of the results - no objection by the government - Granted.

This hearing is continued to 9/24/12 @ 3:45 p.m.

Mr. Edwards to prepare the appropriate paperwork so the USM can arrange for payment for defendant's transportation from Kauai to Oahu.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.